IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JANNY HARVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 04-613-HU |
| v. | ) |
| | ) O R D E R |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Tim Wilborn
Wilborn & Associates
2020-C S. W. Eighth Avenue, PMB #294
West Linn, Oregon 97068

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
Neil J. Evans
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204

Richard M. Rodriguez
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900
Seattle, Washington 98104

    Attorneys for Defendant

KING, Judge:

The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on October 19, 2005. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation #26.

IT IS HEREBY ORDERED that the case is reversed and remanded.

DATED this ___15th___ day of November, 2005.

                              /s/ Garr M. King
                                GARR M. KING
                              United States District Judge